**DATE 7/8/2015**

NOTICE OF APPEALS
ASSIGNMENT OF COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/8/2015 11:03:38 AM

CHRISTOPHER A. PRINE
Clerk

**TO:**　　1ST COURT OF APPEALS

**From:**　**Deputy Clerk: MICHELLE LOPEZ**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE:**　**2014-48289**

**VOLUME _____　PAGE _____　OR　IMAGE # 65841079**

**DUE　8/14/2015　　ATTORNEY　00785985**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE　1ST**

**DATE JUDGMENT SIGNED:　6/15/2015**

**MOTION FOR NEW TRIAL DATE FILED　N/A**

**REQUEST TRANSCRIPT DATE FILED　　N/A**

**NOTICE OF APPEAL DATE FILED　　7/7/2015**

**NUMBER OF DAYS: ( CLERKS RECORD )　60**

**FILE ORDERED:　YES ☐　NO ☒　IMAGED FILED:　YES ☒　NO ☐**

**CODES FOR NOTICE OF APPEAL:　BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By:　 /s/MICHELLE LOPEZ
　　　　**MICHELLE LOPEZ, Deputy**

**BC**　　**NOTICE OF APPEAL FILED**
**BG**　　**NOTICE OF APPEAL FILED – GOVERNMENT**
**C**　　**JUDGMENT BEING APPEALED**
**D -**　　**ACCELERATED APPEAL**
**OA**　　**NO CLERK'S RECORD REQUEST FILED**
**O**　　**CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL**)
**NA**　　**AMENDED NOTICE OF APPEAL**

CAUSE NO. 2014-48289

| | | |
|---|---|---|
| JOSEPH ELMER BACA, | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | HARRIS COUNTY, T E X A S |
| | § | |
| PEDRO SANCHEZ JR. INDIVIDUALLY | § | |
| AND D/B/A POINT 2 POINT TOWING, | § | |
| | § | |
| Defendant. | § | 295TH   JUDICIAL   DISTRICT |

## PLAINTIFF'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

**COMES NOW** Plaintiff, JOSEPH ELMER BACA, pursuant to TEX. R. APP. P. 25.1(f), and file this Notice of Appeal.  On June 15, 2015, this Court entered its order of Final Summary Judgment.  This notice is filed within thirty (30) days of the entry of such.  The Plaintiff desires to appeal from this order in favor of PEDRO SANCHEZ JR. INDIVIDUALLY AND d/b/a POINT 2 POINT TOWING to the Court of Appeals for the First or Fourteenth District.

Respectfully submitted,

IVEY LAW FIRM, P.C.

  /s/   *Jack Todd Ivey*
Jack Todd Ivey
State Bar No.: 00785985
11111 Katy Freeway, Suite 580
Houston, Texas 77079
713/225-0015 (Telephone)
713/225-5313 (Facsimile)
Email:  jti@ivey-firm.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered unto all interested parties, in accordance with TEX. R. CIV. P. 21 and 21a, on the 7th day of July, 2015.

_/s/   **Jack Todd Ivey**_

Jack Todd Ivey

CAUSE NO. 2014-48289

| | | |
|---|---|---|
| JOSEPH ELMER BACA | § | IN THE DISTRICT COURT OF |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | HARRIS COUNTY, TEXAS |
| PEDRO SANCHEZ, JR. | § | |
| INDIVIDUALLY AND D/B/A | § | |
| POINT 2 POINT TOWING | § | |
| Defendant. | § | 295TH JUDICIAL DISTRICT |

4/22/2015 11:27:47 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 4984986
By: FRAZIER, WILLIE J
Filed: 4/22/2015 11:27:47 AM

## ORDER ON DEFENDANT'S TRADITIONAL MOTION FOR SUMMARY JUDGMENT AND NO-EVIDENCE MOTION FOR SUMMARY JUDGMENT

On the 1st day of June, 2015, the Court heard the Traditional Motion for Summary Judgment and No-Evidence Motion for Summary Judgment filed by Defendant, Pedro Sanchez, Jr., Individually and d/b/a Point 2 Point Towing, in the above-styled and numbered cause. Upon consideration, the Court ~~The Court, having considered Defendant's Motion, the pleadings and attachments on file herein, as well as the argument of counsel~~, finds that Defendant, Pedro Sanchez, Jr., Individually and d/b/a Point 2 Point Towing, is entitled to summary judgment as a matter of law.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by this Court that all claims and allegations brought herein against Pedro Sanchez, Jr., Individually and d/b/a Point 2 Point Towing, by Plaintiff, Joseph Elmer Baca, are hereby dismissed, with prejudice as to Plaintiff's right to reinstate same.

~~IT IS FURTHER ORDERED that all costs of court shall be paid by the Plaintiff, Joseph Elmer Baca,~~ herein.

RECORDER'S MEMORIANDUM
This instrument is poor quality
at the time of imaging

All relief not expressly granted herein is denied.

SIGNED this _15th_ day of _June_, 2015.

_Caroline Baker_
JUDGE PRESIDING

2

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    JUL 08, 2015(C1)
INT6510                  CIVIL CASE INTAKE               OPT: _____  -  INT
                       GENERAL PARTY INQUIRY            PAGE:   1  -    1

CASE NUM: 201448289__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: DAMAGES (AUTO)                 CASE STATUS: CASE ON APPEAL
STYLE: BACA, JOSEPH ELMER            VS SANCHEZ, PEDRO JR (INDIVIDUALLY A
========================================================================
                    **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                        STAT
_    00002-0001 DEF 21582900 SANCHEZ, PEDRO JR (INDIVIDUALL   WILLIAMS, WAD
_    00001-0001 PLT 00785985 BACA, JOSEPH ELMER                IVEY, JACK TO




==> (2) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```